UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Douglas E. Arpert |
| v. | : Mag. No. 14-2517 (DEA) |
| JOGLI JOSEPH, a/k/a "LAMONT" | : **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Fabiana Pierre-Louis, Assistant U.S. Attorney), and defendant Jogli Joseph (by Lisa Van Hoeck, attorney for defendant), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days; and five continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and as the defendant has consented to such a continuance for a period of 60 days, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and the United States and defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary; and

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 20th day of July 2015,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from July 15, 2015 through and including September 12, 2015;

IT IS FURTHER ORDERED that the period from July 15, 2015 through and including September 12, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

---
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

I hereby consent to the form
and entry of this Order.

---
Fabiana Pierre-Louis
Assistant U.S. Attorney

---
Lisa Van Hoeck, Esq.
Attorney for Defendant Jogli Joseph